THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DWIGHT TIPPINS, Appellant.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD H. DOWEL, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, et al., Respondents.—

No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

RALPH RIZZO, as Administrator of the Estate of RALPH RIZZO, JR., Deceased, Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant, and DOROTHY CANDELA et al., Respondents, et al., Defendants.—

The examination shall proceed on 20 days' written notice or on any other date mutually fixed by the parties. The rules and regulations would not be admissible in evidence (*Longacre* v. *Yonkers R. R. Co.*, 236 N. Y. 119, 125; *Abady* v. *Pennsylvania R. R. Co.*, 6 A D 2d 803; *Renoud* v. *City of New York*, 251 App. Div. 851, 251 App. Div. 868). Accordingly, their production at the examination should not have been ordered (*Bergstrom* v. *Ridgway Co.*, 138 App. Div. 178). The fact that plaintiff in his complaint has alleged the existence of the rules and regulations as well as the substance of some of them, does not affect the situation (*Lattimer* v. *Sun-Herald Corp.*, 208 App. Div. 503; *O'Brien* v. *Syracuse Linoleum Floors*, 84 N. Y. S. 2d 12, 15). Ughetta, Christ, Pette and Brennan, JJ., concur; Beldock, Acting P. J., not voting.

LLOYD W. SHELDON, Individually and as Secretary-Treasurer of Local 88, International Organization of Masters, Mates & Pilots, AFL–CIO, Appellant, v. ROBERT VASKO et al., Respondents.—

No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.